**UNITED STATES BANKRUPTCY COURT**
**FOR THE Western District of Michigan**

In re: **Keith Louis Carter**,

Debtor(s).

/

Case No. 20-02661
Chapter 13
Hon. Scott W Dales
Filed: **August 17th, 2020**

**AMENDED CHAPTER 13 PLAN**

### III. DISBURSEMENTS

**E. DIRECT PAYMENT BY THE DEBTOR(S) OF THE FOLLOWING DEBTS.** All claims shall be paid by the Trustee unless listed herein:

| Creditor, Address & Account No. | Collateral/Obligation | Balance Owing | Interest Rate |
|---|---|---|---|
| **Express Auto, Inc.**<br>**2406 South 11th Street**<br>**Niles, MI 49120**<br>**X506T** | **2010 Ford Escape**<br>**Leased Vehicle.**<br>**Lease Date: 12/7/2019.** | **$11,060.00** | N/A |

**THIS PLAN REMAINS UNCHANGED IN ALL RESPECTS NOT IN CONFLICT WITH THIS AMENDMENT.**

Date: 10/21//20

/s/ Keith Louis Carter
**Keith Louis Carter**, Debtor

Date: 10/21/20

/s/ Jeffrey D. Mapes
**Jeffrey D. Mapes P70509**, Counsel for the Debtor(s)