UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:   KEITH L CARTER

CASE NO: DK-20-02661
Chapter 13
HON. SCOTT W. DALES
Filed: August 17, 2020

## PROOF OF SERVICE

   On the date below, I mailed a copy of the TRUSTEE'S AMENDED MOTION TO DISMISS by regular first class mail to Debtor and electronic service on Debtor's Attorney.

KEITH L CARTER
1022 SOUTH MAIN
ELKHART, IN  46516

JEFFREY D MAPES PLC
29 PEARL ST NW STE 305
GRAND RAPIDS, MI  49503

   I declare that the above statements are true to the best of my information, knowledge, and belief.

Dated:   November 18, 2021

/s/  Heidi Laser

Assistant to Barbara P. Foley
Chapter 13 Trustee
PO BOX 51109
KALAMAZOO, MI  49005
(269)343-0305